TRACY L. WILKISON  
Acting United States Attorney  
DAVID M. HARRIS  
Assistant United States Attorney  
Chief, Civil Division  
CEDINA M. KIM  
Assistant United States Attorney  
Senior Litigation Counsel, Civil Division  
JENNIFER LEE TARN, CSBN 240609  
Special Assistant United States Attorney  
    Social Security Administration  
    160 Spear Street, Suite 800  
    San Francisco, CA 94105  
    Telephone: (510) 970-4861  
    Facsimile: (415) 744-0134  
    Email: Jennifer.Tarn@ssa.gov  
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
WESTERN DIVISION

| | |
|---|---|
| LEXUS LATRICE RENE, obo S.H.R. | Case No.: 2:20-cv-10789-JLS-AGR |
|     Plaintiff, | |
| vs. | **AMENDED JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  The Court having approved the parties' stipulation to remand this case
2  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3  with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4  entered for Plaintiff.

6  DATED: February 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

11 Presented by:

13 *Alicia G. Rosenberg*
14 ALICIA G. ROSENBERG
15 U.S. MAGISTRTE JUDGE